## Second Department, July, 1957

### (July 1, 1957)

◼ A. George Brown et al., Appellants, et al., Plaintiffs, v. Gene Williams, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.; Beldock, J., not voting. [See 3 A D 2d 939.]

◼ Abe Feller, Respondent, v. Manufacturers Trust Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See 2 A D 2d 780.]

◼ Philip Friedman, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

◼ Omar Karom, Appellant, v. Herbert Altarac, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See 3 A D 2d 925.]

◼ The People of the State of New York ex rel. Arthur Louis Brown, Appellant, against Edward M. Fay, as Warden of Green Haven Prison, Respondent.— Motion for leave to appeal as a poor person and for assignment of counsel denied. The appeal is without merit. (*People* v. *Wissenfeld*, 2 N Y 2d 812.) Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

◼ Joseph Ripino et al., Respondents, v. Namreb Building Corp., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

◼ Frank N. Scelzi et al., Appellants, v. Theodore Kruchel et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Wenzel, Acting P. J., Murphy, Ughetta and Hallinan, JJ.; Beldock, J., not voting. [See 3 A D 2d 917.]

◼ A & B Builders, Inc., Respondent, v. Philip J. Siff et al., Appellants. — Action to enjoin the maintenance of an artificial embankment which has caused water from a stream to overflow the land of plaintiff, and for other relief. Defendants interposed counterclaims to enjoin plaintiff from diverting the watercourse, and for other relief. The appeal is from a judgment entered in favor of plaintiff, and dismissing the counterclaims, after trial before an Official Referee to whom the action had been referred for hearing and determination. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.